COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael W. HEFFELFINGER,
Jr., Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## ORDER

**AND NOW,** this 29th day of December 2009, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for action consistent with our recent decision in *Commonwealth v. Haag,* —— Pa. ——, 981 A.2d 902 (2009).